## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CR 22-0121-FMO-01 | Date | **November 2, 2022** |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |
| Interpreter | None Present |

| Gabriela Garcia | None Present | Solomon Kim, Ali Moghaddas, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| SEAN SCHOEPFLIN | NOT | | X | Gerald Salseda, CJA | NOT | | X |

**Proceeding**   **(In Chambers) Order Re: Case Deadlines and Setting of Trial Re: Schoepflin**

Pursuant to the hearing held on October 26, 2022, the briefing relating to whether this matter should be severed, and the court's order continuing the trial of defendant Schoepflin to November 29, 2022, (see Dkt. 144, Court's Order of November 1, 2022), IT IS ORDERED THAT:

1. The action against defendant Schoepflin shall be severed from co-defendant Leon. The deadlines and trial date set forth below apply only to defendant Schoepflin.[1]

2. No later than **November 7, 2022**, the government shall file its revised Pretrial Exhibit Stipulation and revised Proposed Verdict Forms.

The parties shall also submit copies of all verdict forms via e-mail to the court's chambers e-mail address (fmo_chambers@cacd.uscourts.gov) in WordPerfect (the court's preference) or Word format.

3. No later than **November 11, 2022**, the parties shall file the Proposed Voir Dire Questions.

The parties shall also submit copies of the voir dire questions via e-mail to the court's chambers e-mail address (fmo_chambers@cacd.uscourts.gov) in WordPerfect (the court's preference) or Word format.

4. The pretrial conference set for November 22, 2022, in the Court's Order of November 1, 2022, is hereby **vacated**.

5. Counsel and defendant shall attend a pretrial conference on **November 18, 2022**, at **2:00 p.m.** Unless otherwise ordered, hearings on all pending pretrial motions will be held at the same time as the

---

[1] Since the parties previously filed (and the court has already ruled on some) pretrial motions (e.g., motions in limine, etc.), no further motions will be allowed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

pretrial conference.

      6.  The trial is scheduled to begin on **November 29, 2022**, at **9:00 a.m.**[2]  On the first day of trial, counsel must appear at 8:30 a.m. to discuss preliminary matters with the court.

      7.  Except as set forth above, the parties shall comply with the deadlines and requirements set forth in the Case Management Order, filed on April 18, 2022, (Dkt. 33).

      Initials of Deputy Clerk    gga

---

   [2]  Absent a written stipulation signed by the government and defendant Schoepflin, the trial date will not be continued.